IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00196 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| NICHOLAS DEMONTEZ ELLIS | ) | |

# ORDER

The plea hearing set in this action for Monday, June 22, 2015 at 1:30 p.m. is hereby reset for **Monday, June 15, 2015 at 10:30 a.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the ___ day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge